IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hayes, Cornelius | Case Number: 07 B 23053 |
|---|---|
| | Judge: Squires, John H |
| Printed: 4/29/08 | Filed: 12/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 2. | Deutsche Bank National Trustee | Secured | 30,334.41 | 0.00 |
| 3. | American Home Mtg Servicing | Secured | 5,000.00 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 263.43 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 2,512.33 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 547.69 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 3,183.31 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 189.26 | 0.00 |
| 9. | Unifund Corporation | Unsecured | | No Claim Filed |
| 10. | HSBC | Unsecured | | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 12. | Mutl H Clctn | Unsecured | | No Claim Filed |
| 13. | Gerald Malcolm S & Assoc | Unsecured | | No Claim Filed |
| 14. | West Asset Management | Unsecured | | No Claim Filed |
| | | | $ 42,030.43 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hayes, Cornelius | Case Number: 07 B 23053 |
| | Judge: Squires, John H |
| Printed: 4/29/08 | Filed: 12/7/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

